UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY POLANCO, ANA MENDEZ, and ADELINA MELARA on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>SRAH BAKERY, INC. d/b/a STRAUSS BAKERY, G.E.S. BAKERY, INC., TZVI GOLDSTEIN, and ELLIOT BERMAN,<br><br>              Defendants. | NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>No. 18-cv-02530 (BMC) |

**PLEASE TAKE NOTICE** that, on a date and time to be determined by the Court, the undersigned attorneys for Plaintiffs shall move, before the Honorable Brian M. Cogan, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11021, for approval of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. In support of this motion, Plaintiffs submit the annexed Declaration of Jeffrey E. Goldman, the exhibits attached thereto, and the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

Dated: New York, New York
       January 31, 2019

                                              LAW OFFICES OF JEFFREY E. GOLDMAN

                                                             /s/ Jeffrey Goldman
                                       By:   _____
                                                         Jeffrey E. Goldman, Esq.
                                                         501 Fifth Avenue, Ste. 1900
                                                         New York, New York 10017
                                                         *Attorneys for Plaintiffs*