UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY POLANCO, ANA MENDEZ, and ADELINA MELARA on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>SRAH BAKERY, INC. d/b/a STRAUSS BAKERY, G.E.S. BAKERY, INC., TZVI GOLDSTEIN, and ELLIOT BERMAN,<br><br>                Defendants. | **ORDER**<br><br>No. 18-cv-02530 (BMC) |

It is hereby **ORDERED** on this 13 day of February, 2019, upon the attached motion of Plaintiffs seeking preliminary approval of the class action settlement pursuant to Fed. R. Civ. P. 23, after reviewing said motion, the Declaration of Jeffrey E. Goldman, along with all exhibits attached thereto, that the [70] motion is hereby **GRANTED** and that it is further **ORDERED** that:

(1) Preliminary approval of the Settlement Agreement is granted;

(2) Class certification under Fed. R. Civ.P.23(b)(3) is granted for settlement purposes only;

(3) The Law Offices of Jeffrey E. Goldman is hereby appointed class counsel;

(4) The Notice of Proposed Class Action Lawsuit Settlement is hereby approved;

(5) Settlement Class Members shall have 90 days from the mailing of the Notice to object to the settlement or opt out of the class; and

(6) A Fairness Hearing shall take place on May 30, 2019 at 10 o'clock in the morning at which the Court will consider Plaintiffs' motion for final approval of the settlement, attorneys' fees and costs, and enhancement awards.

Dated: Brooklyn, New York             By: _____
       February 13, 2019                         U.S.D.J.