UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY POLANCO, ANA MENDEZ, and ADELINA MELARA on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>   v.<br><br>SRAH BAKERY, INC. d/b/a STRAUSS BAKERY, TZVI GOLDSTEIN, and ELLIOT BERMAN,<br><br>     Defendants. | 18-cv-02530 (BMC) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, shall move the Court for the following relief:

(1) Final Approval of Class and Collective Action Settlement, Administrator's Fees, Service Awards, Attorneys' Fees, and Expenses

(2) Enforcement of Judgment

Dated: New York, New York
    May 21, 2019

Respectfully Submitted,

/s/ Jeffrey Goldman
Jeffrey E. Goldman, Esq.
The Law Offices of Jeffrey E. Goldman
260 Madison Ave, 15th FL
New York, NY 10017
(t) 212-983-8999
(f) 646-693-2289

1

*Attorneys for Plaintiffs, FLSA Collective members, and proposed class*

CC: Tzvi Goldstein (via E-mail)
      Elliot Berman (via-Email)

2