UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY POLANCO, ANA MENDEZ, and ADELINA MELARA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SRAH BAKERY, INC. d/b/a STRAUSS BAKERY, G.E.S. BAKERY, INC., TZVI GOLDSTEIN, and ELLIOT BERMAN,<br><br>Defendants. | NOTICE OF PLAINTIFFS' UNOPPOSED AMENDED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>No. 18-cv-02530 (BMC) |

**PLEASE TAKE NOTICE** that, on a date and time to be determined by the Court, the undersigned attorneys for Plaintiffs shall move, before the Honorable Brian M. Cogan, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11021, for approval of Plaintiffs' Unopposed Amended Motion for Final Approval of Class Action Settlement. In support of this motion, Plaintiffs submit the annexed Declaration of Jeffrey E. Goldman, the exhibits attached thereto, and the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement.

Dated: New York, New York
July 24, 2019

LAW OFFICES OF JEFFREY E. GOLDMAN

By: /s/ Jeffrey Goldman
_____
Jeffrey E. Goldman, Esq.
260 Madison Avenue, 15th Fl
New York, New York 10016
*Attorneys for Plaintiffs*